Andrew W. Ferich (*pro hac vice*)
aferich@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: (310) 474-9111
Facsimile:  (310) 474-8585

Erich P. Schork (*pro hac vice*)
erichschork@robertslawfirm.us
**ROBERTS LAW FIRM**
PO Box 31909
Chicago, IL 60631-9998
Telephone: (510) 821-5575
Facsimile:   (510) 821-4474

*Counsel for Plaintiffs and the Proposed Class*

[Additional counsel appear on signature page]

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| BRIAN SMITH, JACQUELINE MOONEY, ANGELA BAKANAS, and MATTHEW COLÓN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VCA, INC., and THE PLAN COMMITTEE FOR THE VCA, INC. SALARY SAVINGS PLAN, and, JOHN AND JANE DOES 1-50<br><br>Defendants. | Case No. 2:21-cv-09140-GW-AGR<br><br>**JOINT STATUS REPORT AND NOTICE OF SETTLEMENT**<br><br>Judge:      Hon. George H. Wu<br>Courtroom:  9D |

Plaintiffs Brian Smith, Jacqueline Mooney, Angela Bakanas, and Matthew Colón ("Plaintiffs") and Defendants VCA, Inc., and The Plan Committee for the VCA, Inc. Salary Savings Plan ("Defendants") respectfully submit this notice of settlement.

Plaintiffs and Defendants have reached an agreement in principle to settle this matter and respectfully request that the Court vacate all case deadlines while the parties finalize their agreement. Plaintiffs anticipate filing a motion for preliminary approval of the class action settlement and all supporting documents within forty-five (45) days.

Dated: November 14, 2022

Respectfully submitted,

/s/ Andrew W. Ferich

Andrew W. Ferich (*pro hac vice*)
aferich@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: (310) 474-9111
Facsimile:  (310) 474-8585

Robert Ahdoot (SBN 172098)
rahdoot@ahdootwolfson.com
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Theodore Maya (SBN 223242)
tmaya@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile:  (310) 474-8585

Erich P. Schork (*pro hac vice*)
erichschork@robertslawfirm.us
**ROBERTS LAW FIRM**
PO Box 31909
Chicago, IL 60631-9998
Telephone: (510) 821-5575
Facsimile:   (510) 821-4474

Michael L. Roberts (*pro hac vice* to be filed)
mikerobert@robertslawfirm.us
**ROBERTS LAW FIRM**
1920 McKinney Avenue, Suite 700

|   |   |
|---|---|
|   | Dallas, TX 75201<br>Telephone: (510) 821-5575<br>Facsimile:  (510) 821-4474<br><br>*Counsel for Plaintiffs and the Proposed Class* |
| Dated: November 14, 2022 | */s Jeremy P. Blumenfeld*<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>Max Fischer, Bar No. 226003<br>max.fischer@morganlewis.com<br>300 South Grand Avenue<br>Los Angeles, CA 90071-3132<br>Tel: +1.213.612.2500<br>Fax: +1.213.612.2501<br><br>Jeremy P. Blumenfeld (*pro hac vice*)<br>jeremy.blumenfeld@morganlewis.com<br>1701 Market Street<br>Philadelphia, PA 19103-2921<br>Tel: +1.215.963.5000<br>Fax: +1.215.963.5001<br><br>*Counsel for Defendants VCA, Inc and The Plan Committee for the VCA, Inc. Salary Savings Plan* |

### FILER ATTESTATION

I, Jeremey P. Blumenfeld, pursuant to L.R. 5-4.3.4(a)(2)(i), hereby attest that all other signatories listed above, and on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: November 14, 2022          */s Jeremy P. Blumenfeld*