UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-9140-GW-AGRx | Date | November 15, 2022 |
|---|---|---|---|
| Title | *Brian Smith, et al. v. VCA, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On November 14, 2022, Plaintiffs filed a Joint Status Report and Notice of Settlement [66]. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed within 45 days. The Court now sets an order to show re: settlement hearing for January 5, 2023 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal is filed by noon on January 3, 2023.

                                                                                                    :

                                                    Initials of Preparer    JG