# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SMITH, JACQUELINE MOONEY, ANGELA BAKANAS, and MATTHEW COLON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VCA, INC. and THE PLAN COMMITTEE FOR THE VCA, INC. SALARY SAVINGS PLAN, and JOHN AND JANE DOES 1-50,<br><br>Defendants. | Case No: CV 21-9140-GW-AGRx<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY THE NOVEMBER 15, 2022 MINUTE ORDER** |

Based on the Parties' Joint Stipulation to Modify the November 15, 2022 Minute Order, and good cause having been shown, the Court orders the following modifications to the Minute Order (ECF No. 67):

1. The Court hereby vacates all currently set dates, with the expectation that a motion for preliminary approval of the settlement is filed no later than January 31, 2023.

2. A hearing on said motion will be held on February 16, 2023 at 8:30 a.m.

**IT IS SO ORDERED.**

Dated: <u>December 15, 2022</u>

_____
Hon. George H. Wu
United States District Judge