Andrew Ferich (admitted *pro hac vice*)
aferich@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, Pennsylvania 19087
310.474.9111 (*telephone*)
310.474.8585 (*facsimile*)

Erich P. Schork (admitted *pro hac vice*)
erichschork@robertslawfirm.us
**ROBERTS LAW FIRM US, PC**
PO Box 31909
Chicago, IL 60631-9998
510.821.5575 (*telephone*)
510.821.4474 (*facsimile*)

*Counsel to Plaintiffs and the Proposed Class*

[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SMITH, JACQUELINE MOONEY, ANGELA BAKANAS, and MATTHEW COLÓN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VCA, INC., and THE PLAN COMMITTEE FOR THE VCA, INC. SALARY SAVINGS PLAN, and JOHN AND JANE DOES 1-50,<br><br>Defendants. | Case No. 2:21-cv-09140-GW-AGR<br><br>**PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT**<br><br>Hearing: February 16, 2023<br>Time:    8:30 a.m.<br>Judge:   Hon. George Wu<br>Ctrm:    9D<br><br>[Concurrently filed Declarations of Andrew W. Ferich, Erich P. Schork, and Richard W. Simmons] |

**TO THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that on February 16, 2023 at 8:30 a.m. in Courtroom 9D of the United States District Court for the Central District of California, located at 350 West 1st Street, Los Angeles, CA 90012, Plaintiffs Brian Smith, Jacqueline Mooney, Angela Bakanas, and Matthew Colón ("Plaintiffs") will and hereby do move for an Order:

1. Granting preliminary approval of the Settlement Agreement between Plaintiffs and Defendants, a copy of which is attached as Exhibit 1 to the concurrently filed Memorandum in Support of Plaintiff's Motion for Preliminary Approval;

2. Certify the proposed Settlement Class for settlement purposes only;

3. Appointing and approving Analytics Consulting LLC as the Settlement Administrator;

4. Approving the form and manner of the Settlement Notice to the Settlement Class as set forth in the Settlement Agreement, including its Exhibit A.

5. Appointing Plaintiffs as Class Representatives;

6. Appointing Robert Ahdoot and Andrew W. Ferich of Ahdoot & Wolfson, PC and Michael L. Roberts and Erich P. Schork of Roberts Law Firm as Class Counsel for the Settlement Class;

7. Approving the parties' agreed upon Plan of Allocation, submitted as Exhibit B to the Settlement Agreement; and

8. Setting a Final Approval Hearing for a date and time to be determined in Courtroom 9D at 350 West 1st Street, Los Angeles, CA 90012, as the Court's schedule permits, as well as all related Settlement deadlines.

This Motion and the Settlement satisfy the requirements of Federal Rule of Civil Procedure 23 on the grounds the Settlement is fair, adequate and reasonable, and that the Settlement Notice and notice plan provides the best notice practicable under the circumstances in this matter.

PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT

This Motion is based on this Notice of Motion and Motion; the supporting Memorandum of Points and Authorities; the Declaration of Andrew W. Ferich; the Declaration of Erich P. Schork; the Declaration of Richard W. Simmons; the [Proposed] Preliminary Approval Order; the pleadings on file herein; and such other and further material to be offered at the hearing.

Dated: January 31, 2023

Respectfully submitted,

*/s/ Andrew W. Ferich*
Andrew Ferich (admitted *pro hac vice*)
aferich@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, Pennsylvania 19087
310.474.9111 (*telephone*)
310.474.8585 (*facsimile*)

Robert R. Ahdoot (SBN 172098)
rahdoot@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, California 91505
310.474.9111 (*telephone*)
310.474.8585 (*facsimile*)

Michael L. Roberts (admitted *pro hac vice*)
**ROBERTS LAW FIRM**
mikerobert@robertslawfirm.us
1920 McKinney Avenue, Suite 700
Dallas, TX 75201
510.821.5575 (*telephone*)
510.821.4474 (*facsimile*)

Erich P. Schork (admitted *pro hac vice*)
erichschork@robertslawfirm.us
**ROBERTS LAW FIRM**
PO Box 31909
Chicago, IL 60631-9998
510.821.5575 (*telephone*)
510.821.4474 (*facsimile*)

*Counsel for Plaintiffs and the Proposed Class*

PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT