UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-9140-GW-AGRx | Date | June 29, 2023 |
|---|---|---|---|
| Title | *Brian Smith, et al. v. VCA, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Erich P. Schork<br>Sarper Unal | George S. Benjamin |

**PROCEEDINGS:** **PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT [86]; and PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, COSTS, AND SERVICE PAYMENTS [88]**

The Court's Tentative Ruling on Plaintiffs' Motions [86, 88] was issued on June 28, 2023 [93]. Court and counsel confer. Based on the Tentative Ruling, and for reasons stated on the record, Plaintiffs' Motions are GRANTED. Plaintiffs are to file a final proposed judgment forthwith.

: 04

Initials of Preparer   JG