JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BRIAN SMITH, JACQUELINE MOONEY, ANGELA BAKANAS, and MATTHEW COLÓN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VCA, INC., and THE PLAN COMMITTEE FOR THE VCA, INC. SALARY SAVINGS PLAN, and JOHN AND JANE DOES 1-50,<br><br>Defendants. | Case No. CV 21-9140-GW-AGRx<br><br>Hon. George H. Wu<br><br>**JUDGMENT** |

On July 3, 2023, the Court granted Plaintiffs' motion for final approval of their Settlement with VCA, Inc. and The Plan Committee for the VCA, Inc. Salary Savings Plan and granted Plaintiffs' motion for a Fee Award and Costs and Service Payments. Judgment is hereby entered.

**IT IS SO ORDERED.**

Dated:   July 3, 2023

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE